UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFICA MARINE INCORPORATED,<br><br>  Defendant. | C20-273 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by May 29, 2020, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report entered on February 28, 2020, docket no. 4.  Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of May, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1