UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,

Plaintiff,

v.

PACIFICA MARINE INCORPORATED,

Defendant.

C20-273 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiff's response, docket no. 6, to the Minute Order entered May 6, 2020, docket no. 5, in which plaintiff reports that it has not yet served defendant and that the deadline for doing so is May 21, 2020, the Court RESETS the following deadlines:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 26, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | July 10, 2020 |
| Combined Joint Status Report and Discovery Plan | July 10, 2020 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1